## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**LENNOX CRAMER,**

     **Plaintiff,**

**v.**                                                    **CASE NO. 4:05-cv-00116-MP-AK**

**MONICA DAVID,**
**FREDERICK DUNPHY,**
**TENA PATE,**

     **Defendants.**

_____/

## O R D E R

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal.  (Doc.

9).  Having considered said motion, the Court is of the opinion that it should be

**GRANTED**, and this cause **DISMISSED**.

**DONE AND ORDERED** at Gainesville, Florida, this **18th**___ day of May, 2005.


**s/ A. KORNBLUM**_____
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**